IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TERRY W. MOORE,** | ) | **CASE NO. 4:06CV3116** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER ON** |
| | ) | **ATTORNEY FEES** |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Motion for Attorney Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, filed by attorney Ross E. Stubblefield on behalf of Plaintiff Terry Moore. (Filing No. 26). In response to the motion, the Defendant reports that the parties have reached an agreement with respect to the award of EAJA fees. (Filing No. 27). Having reviewed the relevant filings, the Court approves the parties' agreement. For these reasons,

IT IS ORDERED:

1. The Motion for Attorney Fees pursuant to the Equal Access to Justice Act (Filing No. 26) is granted;

2. By separate document, the Court shall enter judgment for Plaintiff and against Defendant, providing that Plaintiff is awarded attorney fees of $5,900.00; and

3. Payment of the attorney fee award shall be made payable to Plaintiff and mailed to Plaintiff's attorney, Ross Stubblefield, Midland Professional Associates, 2307 South Outer Road, Suite 207, Blue Springs, MO 64015.

DATED this 24th day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge